DAVID H. COLE, Respondent, *v.* THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.

(Argued October 4, 1871; decided January term, 1872.)

ACTION to recover damages sustained by plaintiff while a passenger upon defendant's road. The cars ran off the track in consequence of a broken rail. Decided upon the ground that there was no evidence in the case showing any negligence or fault upon the part of the defendant.

*A. P. Laning* for the appellant.

*W. F. Cogswell* for the respondent.

LOTT, Ch. C., and HUNT, C., read for affirmance.
EARL, C., reads for reversal.
For reversal, EARL, LEONARD and GRAY, CC.
For affirmance, LOTT, Ch. C., and HUNT, C.
Judgment reversed and new trial granted, costs to abide event.